IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
    v. :
: No. 21-386
DOMINGO ANTONIO FEBLES :

## ORDER

**AND NOW**, this 6th day of December, 2022, it is hereby **ORDERED** that Defendant's Motion to Suppress Physical Evidence Seized Pursuant to Vehicle Stop, Identity-Related Evidence and Statements (Docket No. 15) is **DENIED**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.